UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY DUPREE,

    Plaintiff,

        v.

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO, and UNITED STATES
POSTAL SERVICE,

    Defendants.

Case No. 12-cv-576-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's June 11, 2013, order for plaintiff Tracy Dupree to show cause on or before June 25, 2013, why her claims against defendant United States Postal Service ("USPS") should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service (Doc. 40). The Court warned Dupree that her failure to respond in a timely manner would result in dismissal of her claims against the USPS.

Dupree has not responded to the Court's order to show cause. Accordingly, as it warned it would do, the Court **DISMISSES** Dupree's claims against the USPS **without prejudice** pursuant to Rule 4(m) for failure to timely effect service and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 26, 2013**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**