UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY DUPREE,

    Plaintiff,

       v.                          Case No. 12-cv-576-JPG-DGW

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO, and UNITED STATES
POSTAL SERVICE,

    Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having

rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of

defendant National Association of Letter Carriers, AFL-CIO, and against plaintiff Tracy Dupree; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Tracy Dupree's claims against

defendant United States Postal Service are dismissed without prejudice.

**DATED: June 26, 2013**           **NANCY J. ROSENSTENGEL, Clerk of Court**

                                  **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**